IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § § | CRIMINAL NO. EP-14-CR-0651-DCG (4) |
| MIKE SIERRA, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses without prejudice the Indictment against Defendant, **MIKE SIERRA**. The Defendant pled guilty to the Superseding Indictment.

Respectfully submitted,

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

By: _____
JOHN S. JOHNSTON
Assistant U.S. Attorney
New Mexico Bar #23391
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTIRCT JUDGE

DATE: 5/20/15